AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| Jeffrey Marten | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13-cv-266 |
| Daniel Burns, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Jury Verdict in favor of the Defendants

This action was *(check one)*:

☑ tried by a jury with Judge Susan Paradise Baxter presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/18/2016

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*